**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAROL KANE, *on behalf of herself and all other similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF ROCHESTER MEDICAL CENTER,<br><br>Defendant. | **NOTICE OF DEFENDANT UNIVERSITY OF ROCHESTER MEDICAL CENTER'S RULE 12(B)(6) MOTION TO DISMISS**<br><br>Case No. 23-cv-6027<br><br>The Honorable Frank P. Geraci |

**PLEASE TAKE NOTICE**, that Defendant University of Rochester, named as defendant University of Rochester Medical Center (URMC), by and through the undersigned counsel, hereby moves this Court, before the Hon. Frank P. Geraci, Jr., United States District Judge, at the United States District Court for the Western District of New York, 100 State Street, Rochester, New York, at such time and date as the Court shall direct, for an Order dismissing plaintiff's Carol Kane's Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The grounds for this motion are contained in the accompanied Memorandum of Law in Support of this Motion, and the exhibits attached thereto, filed concurrently with this motion and incorporated with this motion by reference.

**PLEASE TAKE FURTHER NOTICE**, that URMC intends to file and serve reply papers in support of URMC's Rule 12(b)(6) motion to dismiss.

Dated: March 24, 2023

Respectfully submitted,

/s/ David Carney
David Carney (OH 0079824)
Nathaniel O. Hanna (*pro hac vice forthcoming)*
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: dcarney@bakerlaw.com
nhanna@bakerlaw.com

Paul Karlsgodt (CO 29004)
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600
Facsimile: (303) 861-7805
Email: pkarlsgodt@bakerlaw.com

*Attorneys for Defendant University of Rochester Medical Center*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 24, 2023, a true and correct copy of the foregoing Notice of Motion of URMC's Rule 12(b)(6) Motion to Dismiss was served on counsel of record via the Court's electronic filing system.

/s/ David Carney
*One of the attorneys for Defendant University of Rochester Medical Center*