**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

CAROL KANE and BONNIE WILSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNIVERSITY OF ROCHESTER,

Defendant.

**NOTICE OF DEFENDANT UNIVERSITY OF ROCHESTER MEDICAL CENTER'S RULE 12(B)(6) MOTION TO DISMISS**

Case No. 23-cv-6027

The Honorable Frank P. Geraci

**PLEASE TAKE NOTICE**, that Defendant University of Rochester, referred to in these papers as URMC, by and through the undersigned counsel, hereby moves this Court, before the Hon. Frank P. Geraci, Jr., United States District Judge, at the United States District Court for the Western District of New York, 100 State Street, Rochester, New York, at such time and date as the Court shall direct, for an Order dismissing plaintiff's plaintiffs' Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The grounds for this motion are contained in the accompanied Memorandum of Law in Support of this Motion, and the exhibits attached thereto, filed concurrently with this motion and incorporated with this motion by reference, and can be briefly synopsized as follows:

1. Plaintiffs' invasion of privacy claim is not a cognizable cause of action under New York law, and their claims for breach of express contract and unjust enrichment have not been adequately pled.
2. Plaintiffs' claims for breach of fiduciary duty, breach of implied contract, and bailment are subsumed by their breach of confidence claim, and plaintiffs have not adequately alleged a breach of physician patient confidentiality claim under New York law.

3. G.B.L. § 349 does not make unlawful alleged unfair acts or practices and plaintiffs have not adequately alleged a deceptive practices claim under the statute.

4. Plaintiffs have not stated any claim for relief under the federal Wiretap Act, Stored Communications Act, or Computer Fraud and Abuse Act, as these statutes do not apply to their allegations as a matter of law.

**PLEASE TAKE FURTHER NOTICE**, that URMC intends to file and serve reply papers in support of URMC's motion to dismiss.

Dated: May 12, 2023

Respectfully submitted,

/s/ David Carney
David Carney (OH 0079824)
Nathaniel O. Hanna (*pro hac vice forthcoming)*
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: dcarney@bakerlaw.com
nhanna@bakerlaw.com

*Attorneys for Defendant University of Rochester*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2023, the foregoing was filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading. A courtesy copy of the filing will also be provided to chambers, with copies to plaintiffs' counsel.

/s/ David Carney
*One of the attorneys for Defendant University of Rochester*