**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

CAROL KANE and BONNIE WILSON, *on behalf of themselves and all other similarly situated,*

Plaintiffs,

v.

UNIVERSITY OF ROCHESTER,

Defendant.

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RULE 12(B)(6) MOTION TO DISMISS**

Case No. 23-cv-6027

The Honorable Frank P. Geraci, Judge

Defendant University of Rochester respectfully submits the decision in *Kurowski v. Rush System for Health*, 2023 WL 4707184 (N.D. Ill. July 24, 2023), as supplemental authority in support of its motion to dismiss. In *Rush*, the court dismissed plaintiffs' federal Wiretap Act claim, holding the tortious or criminal conduct exception did not apply as a matter of law, *id.* at *2-4; dismissed plaintiffs' breach of implied confidentiality claim under Illinois law, as "Illinois courts have not yet weighed in on the issue, and it is not our role to break new ground in state law," *id.* at *4-5 (quotation omitted); and dismissed plaintiffs' Illinois Consumer Fraud Act claim for failure to allege actual damages under the Illinois equivalent to G.B.L. § 349, *id.* at *6-7. The court allowed two of plaintiffs' claims to survive the motion to dismiss, based on theories that are not applicable here: breach of contract under Rush's MyChart patient portal terms and conditions, *id.* at *10, and one piece of an Illinois Eavesdropping Act statutory claim, *id.* at *12-13.

The holdings from *Rush* are relevant to the following portions of the briefing on University of Rochester's motion to dismiss: **(1)** G.B.L. § 349 injury / unjust enrichment detriment (*see* Dkt. # 11-1, Mem. in Supp. 7-9, 14-15; Dkt. # 14, Opp. Br. 19-22; Dkt. # 16, Rep. Br. 7-8); **(2)** alleged

breach of physician-patient confidentiality (Dkt. # 11-1, Mem. in Supp. 10-13; Dkt. # 14, Opp. Br. 12-14; Dkt. # 16, Rep. Br. 2-4); and **(3)** plaintiffs' federal Wiretap Act claim (Dkt. # 11-1, Mem. in Supp. 16-19; Dkt. # 14, Opp. Br. 23-25; Dkt. # 16, Rep. Br. 8-10).

A copy of the *Rush* decision is attached as Exhibit A to this notice.

Dated: July 26, 2023

Respectfully submitted,

/s/ David Carney
David Carney (OH 0079824)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: dcarney@bakerlaw.com

Robyn M. Feldstein
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
14th Floor
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: rfeldstein@bakerlaw.com

*Attorneys for Defendant University of Rochester*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2023, the foregoing was filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

/s/ David Carney
*One of the attorneys for Defendant University of Rochester*