**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

CAROL KANE, *on behalf of herself and all other similarly situated*,

Plaintiff,

v.

UNIVERSITY OF ROCHESTER,

Defendant.

**NOTICE OF ADDITIONAL AUTHORITY**

Case No. 23-cv-6027

The Honorable Frank P. Geraci, Judge

On July 26, 2023, defendant University of Rochester submitted the decision in *Kurowski v. Rush System for Health*, 2023 WL 4707184 (N.D. Ill. July 24, 2023), as supplemental authority in support of its motion to dismiss, including on the federal Wiretap Act claim. (Dkt. # 17, Supp. Auth. Not. at 1-2.) Rochester respectfully submits this additional authority to inform the Court that the *Rush* court subsequently allowed plaintiffs to at least file an amended complaint on the Wiretap Act claim over a futility challenge. *Kurowski v. Rush System for Health*, 2023 WL 8544084, at *3 (N.D. Ill. Dec. 11, 2023).

The decision appears based on allegations that Rush disclosed specific health information for the named plaintiffs to Facebook and Google from within the MyChart patient portal, *id.* at *1, 3, which plaintiffs do not make here, *cf.* Dkt. # 8, Am. Compl. ¶¶ 158-183. More fundamentally, the opinion does not answer this question: How could Rush, or any other third-party defendant like Rochester here, have a criminal purpose in mind to harm the named plaintiffs by allegedly, and criminally, violating HIPAA when the federal government did not issue guidance on this tracking technologies issue until December 1, 2022, and the prior federal case law rejected the claim? (Dkt. # 16, Rep. Br. at pg. 4; *cf. Caro v. Weintraub*, 618 F.3d 84, 100 (2d Cir. 2010) ("There is a temporal thread that runs through the fabric of the statute and the case law.").)

For these reasons, Rochester does not believe this most recent *Rush* decision is persuasive. Nonetheless, Rochester wanted to make sure the Court was aware of the decision, a copy of which is also attached as Exhibit A.

Dated: December 15, 2023

Respectfully submitted,

/s/ *David Carney*
David Carney (OH 0079824)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: dcarney@bakerlaw.com

Robyn M. Feldstein
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
14th Floor
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: rfeldstein@bakerlaw.com

*Attorneys for Defendant University of Rochester*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, the foregoing was filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

/s/ *David Carney*
*One of the attorneys for Defendant University of Rochester*