IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL KANE and BONNIE WILSON, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF ROCHESTER,<br><br>Defendant. | Case No. 6:23-cv-06027 |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT**

**PLEASE TAKE NOTICE**, that upon the annexed Joint Declaration of David S. Almeida and James J. Bilsborrow, dated September 27, 2024, together with Exhibits 1 through 3, and the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, and upon all of the pleadings and proceedings herein, Plaintiffs, by their undersigned attorneys, move this Court under Fed. R. Civ. P. 23(e) for an Order granting preliminary approval of settlement and directing notice to the proposed settlement class.

Plaintiffs have consulted with counsel for Defendant University of Rochester and they do not oppose this Motion.

Dated: September 27, 2024
       New York, New York

Respectfully submitted,

/s/ James J. Bilsborrow
James J. Bilsborrow
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003

Tel: (212) 558-5500
jbilsborrow@weitzlux.com

David S. Almeida
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
Tel: (312) 576-3024
david@almeidalawgroup.com

*Attorneys for Plaintiffs and
the Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2024, I electronically filed this Notice of Motion and accompanying documents with the Clerk of Court using the CM/ECF system, which sent electronic notification of such filings to all attorneys of record.

/s/ James Bilsborrow
James Bilsborrow