

**W E I T Z**

**&**

**L U X E N B E R G**

A  P R O F E S S I O N A L  C O R P O R A T I O N
• L A W  O F F I C E S •

**700 BROADWAY** • **NEW YORK, NY 10003-9536**
**TEL. 212-558-5500**          **FAX 212-344-5461**
WWW.WEITZLUX.COM

August 3, 2025

*Via ECF*

Hon. Mark W. Pedersen
United States Magistrate Judge
Western District of New York
100 State Street
Rochester, New York 14614

>    **Re:**    ***Kane v. University of Rochester*, No. 6:23-cv-06027-MJP**

Dear Judge Pedersen:

Plaintiffs in the above-captioned matter respectfully request permission to file an oversize memorandum of law in support of their forthcoming motion for final approval of class action settlement and approval of attorneys' fees, litigation costs, and service awards. The memorandum will also address the objection filed by Darylann Mott. *See* ECF No. 50. Plaintiffs request permission to file a brief not to exceed thirty (30) pages. Defendant does not oppose this request.

We appreciate the Court's time and attention in this matter.

Respectfully submitted,

/s/ James J. Bilsborrow

James J. Bilsborrow

cc:    All counsel of record (via ECF)

220 LAKE DRIVE EAST, SUITE 210 • CHERRY HILL, NJ 08002 • TEL 856-755-1115
1880 CENTURY PARK EAST, SUITE 700 • LOS ANGELES, CA 90067 • TEL 310-247-0921
3011 WEST GRAND BLVD., 24TH FLOOR • DETROIT, MI 48202 • TEL 313-800-4170



2179-123