**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAROL KANE and BONNIE WILSON, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>UNIVERSITY OF ROCHESTER,<br><br>Defendant. | Case No. 6:23-cv-06027 |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION**
**FOR FINAL APPROVAL OF SETTLEMENT AND**
**AWARD OF SERVICE AWARDS, ATTORNEYS' FEES, AND COSTS**

**PLEASE TAKE NOTICE**, that upon the annexed Joint Declaration of Class Counsel, the annexed Declaration of Amy Lechner of Simpluris, Inc., Regarding Notice and Settlement Administration and the exhibits thereto, and the accompanying Memorandum in Support of the Unopposed Motion for Final Approval of Settlement and Award of Service Awards, Attorneys' Fees, and Costs, and upon all the pleadings and proceedings herein, Plaintiffs, by and through their undersigned attorneys, respectfully move this Honorable Court for entry of an Order (1) granting final approval to the Settlement, (2) granting final certification to the Settlement Class, (3) approving the proposed Attorneys' Fees and Expenses and requested Service Award as set forth herein, and (4) such other relief as will be requested at the Final Approval Hearing scheduled to be conducted on August 21, 2025 at 1:00p.m. before this Honorable Court. [1]

[1] All capitalized terms in this Notice of Motion shall have the same meanings as those defined in the Revised Settlement Agreement, ECF No. 44.

Dated: August 4, 2025

Respectfully submitted,

/s/ *James J. Bilsborrow*
James J. Bilsborrow
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Tel: (212) 558-5500
jbilsborrow@weitzlux.com

David S. Almeida
Britany A. Kabakov
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
Tel: (312) 576-3024
david@almeidalawgroup.com
britany@almeidalawgroup.com

*Attorneys for Plaintiffs &*
*the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, I electronically filed this Notice of Motion and accompanying documents with the Clerk of Court using the CM/ECF system, which sent electronic notification of such filings to all attorneys of record.

/s/ *James Bilsborrow*
James Bilsborrow