ALMEIDA LAW GROUP

David S. Almeida
849 W. Webster Avenue
Chicago, Illinois 60614
Tel.: (708) 320-1026
david@almeidalawgroup.com

August 26, 2025

**VIA ELECTRONIC FILING (ECF)**

Hon. Mark W. Pedersen
United States Magistrate Judge
United States Courthouse
100 State Street
Rochester, New York 14614

*Re:* *Kane v. University of Rochester,* Case No. 6:23-cv-06027
U.S.D.C., Western District of New York
**Plaintiffs' Status Report Responding to Court's Order (Dkt. # 64)**

Dear Judge Pedersen:

Plaintiffs respectfully submit this response to the Court's Order directing them to "approach Simpluris for a discount considering the errors in the notices sent to the putative class (postcards with the wrong date for the final fairness hearing and electronic notices with some non-working links), and report to the Court by August 29, 2025." Dkt. # 64, ¶ 19.

Per that directive, undersigned counsel spoke with Mr. Patrick Ivie, Chief Revenue Officer of Simpluris, Inc. and procured a discount. For context, Simpluris' total costs for services in connection with the administration of this Settlement—including fees incurred and anticipated future costs for completion of the administration—are $122,864.00. *See* Dkt #56-3, ¶ 28. Approximately $59,000 of that amount was for postage and other fixed costs (i.e., not revenue). Undersigned counsel conferred with Mr. Ivie and negotiated a 25% reduction from non-postage costs and expenses. This reduction results in a discount of $16,000 on Simpluris' notice and administration fees ($122,864.00 - $59,000 = $63,864.00 x .25 = $15,966.00). If approved by the Court, Simpluris' total costs for administration will be reduced to $106,864. We believe this discount is appropriate, addresses the concerns noted by the Court in its recent Order, and increases the pro rata distribution for each claiming settlement class member.

Respectfully submitted,

*/s/ David Almeida*
David Almeida, Esq.

c: Counsel of record (via ECF)
Mr. Patrick Ivie (via email)