**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAROL KANE and BONNIE WILSON, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF ROCHESTER,<br><br>Defendant. | Case No. 6:23-cv-06027<br><br>The Honorable Mark W. Pedersen, United States Magistrate Judge |

**DEFENDANT UNIVERSITY OF ROCHESTER'S NOTICE OF MOTION TO ENJOIN MINTCLAIM PARTNERS L.P.**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support and the authorities cited therein, as well as the declaration of David Carney and the declaration's accompanying exhibits, defendant University of Rochester hereby moves the Court to enforce the parties' revised settlement agreement (Dkt. # 44), and the Court's preliminary and final approval orders (Dkt. ## 45, 64), and in doing so to (1) enjoin non-party Mintclaim Partners L.P. from prosecuting its pending lawsuit against University of Rochester Medical Center in Monroe County Supreme Court, *see Mintclaim Partners, LP v. University of Rochester Medical* Center, Sup. Ct. Monroe County, Case No. E202501932 (filed September 4, 2025), as well as any other released claims under the *Kane* settlement now and in the future; (2) find the three-hundred eighty nine individuals who allegedly assigned their *Kane* claims to Mintclaim Partners remain part of the settlement class, and are bound by the terms of the parties' revised settlement agreement and this Court's final approval order; and (3) for any other further relief as the Court deems just and proper. The University of Rochester intends to file and serve reply papers in support of this motion.

The undersigned counsel is emailing a copy of this notice of motion and the materials filed in support of the motion to Mintclaim Partners' counsel directly. The University of Rochester is available to appear for hearing on this motion at the immediate convenience of the Court.

Dated: September 24, 2025

Respectfully submitted:

By: *David Carney*
David Carney
**BAKER & HOSTETLER LLP**
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Tel: (216) 621-0200
dcarney@bakerlaw.com

*Counsel for defendant*
*University of Rochester*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 24, 2025 a true and correct copy of the foregoing *Notice of Motion to Enjoin* was served on counsel of record via the Court's electronic filing system. A copy of this notice has also been emailed to counsel for Mintclaim Partners, Charles Gerstein and Jason Harrow, directly.

*/s/ David Carney*
*One of the attorneys for defendant University of Rochester*